**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Peter John JEFFERSON, Defendant—
Appellant.**

No. 05–30320.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted July 24, 2006.*

Decided July 28, 2006.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Mark S. Werner, Esq., Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Peter John Jefferson appeals from the 24–month sentence imposed after the revocation of his term of supervised release. This court has jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

Jefferson argues the district court failed to consider the factors enumerated in 18 U.S.C. § 3553(a), as incorporated by 18 U.S.C. § 3583. However, the district court found Jefferson failed more than once to meet the conditions of his supervised release and was a danger to his community. This explanation shows that the district court took the § 3553(a) factors adequately into account in fashioning a sentence. *See United States v. Musa,* 220 F.3d 1096, 1101 (9th Cir.2000) (holding district court's finding that defendant was a danger to the community was sufficient explanation for application of statutory maximum term of incarceration after revocation of supervised release). Having considered various factors before imposing a

sentence at the statutory maximum, the district court fashioned a reasonable sentence. *See id.*

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.